Michael Naquin
3a1N Timber st
Brandon ms, 39042

"Inmate Mail"
Rankin County Jail

Clerk U.S. District court
Southern district of mississippi
501 E. court street, suite 2.500
Jackson, mississippi 39201

JACKSON MS 390
04 NOV 2015 PM 1 L

RECEIVED
NOV 05 2015
Clerk, U.S. District Court
Southern District of Miss.

© USPS 2013

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT



SUSTAINABLE FORESTRY INITIATIVE
Certified Fiber Sourcing
www.sfiprogram.org